IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| CONSTANCE GARY, | § | |
| | § | No. 509, 2024 |
| Appellant, | § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| WAUSAU FINANCIAL | § | C.A. No. N24A-04-006 |
| SYSTEMS INC./DELUXE | § | |
| CORP. & UNEMPLOYMENT | § | |
| INSURANCE APPEALS | § | |
| BOARD, | § | |
| | § | |
| Appellees. | § | |

Submitted:  May 16, 2025
Decided:    June 26, 2025

Before **SEITZ**, Chief Justice; **VALIHURA** and **GRIFFITHS**, Justices.

### <u>ORDER</u>

After consideration of the parties' briefs and the record on appeal, we find it evident that the Unemployment Insurance Appeals Board's Decision dated April 2, 2024, should be affirmed on the basis of and for the reasons stated in the Superior Court's Order dated November 7, 2024.[1]

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice

---

[1] *Gary v. Wausau Fin. Sys. Inc./Deluxe Corp.*, 2024 WL 4719648 (Del. Super. Ct. Nov. 7, 2024).